IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

                               ORDER

        Plaintiff,

  v.

                               11-cr-78-wmc

JAMES DAVIS,

        Defendant.
_____

        On November 28, 2011, defendant James Davis filed a notice of appeal from the judgment of conviction entered against him in this case on November 18, 2011. On December 6, 2011, defendant filed a motion for leave to proceed *in forma pauperis* on appeal. However, defendant has failed to follow up with a financial affidavit. Counsel for defendant has filed a letter stating that he has tried to contact defendant, but has been unable to do so, in part because defendant has been recently transferred. Counsel states that he will resend the IFP paperwork to defendant's new prison and continue to attempt to contact defendant. These delays are understandable in light of defendant's transfers, but this court must receive defendant's financial information as quickly as possible in order to get his appeal off the ground.

        Accordingly, it is ORDERED that defendant will have until March 15, 2012 to submit materials in support of his motion for leave to proceed *in forma pauperis* on appeal or to file a motion showing good cause to extend this deadline. If defendant fails to submit either his financial materials or a motion for extension of time, the court will consider denying outright his motion for leave to proceed *in forma pauperis* on appeal.

        Entered this 1st day of March, 2012.

                                                        BY THE COURT:

                                                        /s/

                                                        STEPHEN L. CROCKER
                                                        Magistrate Judge